IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 09-cr-00283-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. JOHN M. SCHERLING,

    Defendant.

## MINUTE ORDER[1]

At the oral request of the parties, the change of plea hearing set for April 30, 2010, at 8:00 a.m., is **VACATED**, and is **CONTINUED** to **May 21, 2010**, at 1:30 p.m.

    Dated: March 26, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.