# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 09-cr-00283-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. JOHN MATTHEW SCHERLING,

    Defendant.

## MINUTE ORDER[1]

On August 25, 2010, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That the sentencing hearing in this matter is set for **January 21, 2011**, at 9:00 a.m.; and

2. The parties shall have until **December 21, 2010**, in which to file objections to the pre-sentence report.

Dated: August 25, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.